# Rickner PLLC

Rob Rickner | rob@ricknerpllc.com

September 7, 2022

**Via ECF**

The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:     *Darryl Carrington v. United States of America, et al.*, No. 22-cv-4499 (KPF)

Dear Judge Failla,

We represent the Plaintiff Darryl Carrington and submit this letter request jointly with the United States of America. Following the Court's inquiry, the parties have conferred and we agree that a conference is not necessary at this time. We are ready to start discovery, on the schedule in the Proposed Scheduling Order we submitted, which we ask that the Court enter.

Thank you for considering this request.

Respectfully,

   /s/

Rob Rickner

```
Application GRANTED.  The initial pretrial conference currently
scheduled for September 8, 2022, is hereby ADJOURNED sine die.
The Court will enter the parties' proposed case management plan
under separate cover.  The Clerk of Court is directed to
terminate the pending motion at docket number 12.

Dated:    September 7, 2022         SO ORDERED.
          New York, New York
```

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE