Case 1:22-cv-04499-JHR   Document 23   Filed 03/06/23   Page 1 of 2



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/2023
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 3, 2023

**VIA ECF**

The Honorable Jennifer H. Rearden
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

The parties' request for a 60-day extension of the discovery deadlines (ECF No. 22) is GRANTED. SO ORDERED.

*/s/ Jennifer H. Rearden*
March 6, 2023

Re:   *Darryl Carrington v. United States of America*, et al.,
      No. 22-cv-4499 (KPF)

Dear Judge Rearden:

      This Office represents the United States of America (the "United States") in the above-referenced Federal Tort Claims Act action, which concerns allegations that U.S. Marshals injured Plaintiff by dislocating his shoulder in the course of an arrest on November 6, 2019.  I write respectfully on behalf of the United States and Plaintiff to provide the Court with an update on the status of discovery and to request an extension of the discovery deadlines.  This is the parties' second request for an extension of these deadlines.

      At present, fact discovery is scheduled to close on March 6, 2023, and expert discovery is scheduled to close on April 21, 2023.  (See ECF No. 17).  The parties respectfully request one additional extension of the discovery deadlines, for 60 days, such that fact discovery would close on May 5, 2023, and expert discovery would close on June 19, 2023.

      As a status update, on December 23, 2022, the United States served a second set of Interrogatories on Plaintiff, and on January 26, 2023, Plaintiff served a second set of discovery requests on the United States; the parties have since served their respective responses to those requests.  Also on December 23, 2022, the United States served Plaintiff with a demand for a number of medical and insurance authorizations.[1]  Plaintiff objected to the proposed scope of these releases, and the parties have been working diligently to reach an agreement by identifying any potentially relevant medical providers of Plaintiff's for the five years preceding his November 2019 arrest.

---

[1] The demand sought authorizations to obtain (1) all documents concerning Plaintiff from every person or organization that provided medical care or treatment to Plaintiff since January 1, 2014, *i.e.*, approximately 5 years preceding the November 6, 2019 arrest; (2) all documents concerning Plaintiff from every pharmacy where Plaintiff has filled prescriptions since January 1, 2014; (3) all documents concerning Plaintiff from every insurance plan, employee or union benefits plan, medical plan, or other entity that, since January 1, 2014, have paid for Plaintiff's hospital, medical, or other health-related care; and (4) all documents concerning Plaintiff from every employer from whom Plaintiff received payments for having done work since January 1, 2014.

The parties believe that they will reach a resolution concerning this discovery dispute without the need for judicial intervention, but respectfully request additional time to gather the agreed upon medical records and complete the depositions of Plaintiff and the three U.S. Marshals present during the November 6, 2019 arrest. The parties also will identify additional deponents promptly, if necessary, after these additional records are collected.

We thank the Court for consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By:    s/ *Mary Ellen Brennan*
MARY ELLEN BRENNAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel: (212) 637-2652
Email: maryellen.brennan@usdoj.gov

cc: Rob Rickner (via ECF)
    Counsel for Plaintiff