# Rickner PLLC

Stephanie Panousieris | stephanie@ricknerpllc.com

August 25, 2023

**Via ECF**
The Honorable Jennifer H. Rearden
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/2023
```

   Re: *Darryl Carrington v. United States of America, et al.*, No. 22-cv-4499

Your Honor:

This office represents Plaintiff Darryl Carrington and writes, jointly with counsel for Defendant United States of America, to respectfully request that the Court temporarily stay expert discovery in this matter and refer the case for a settlement conference with the assigned Magistrate Judge, Hon. Stewart D. Aaron.

Fact discovery in this case ended on Friday, August 18th, and expert discovery is set to close on October 2, 2023. Although the parties acknowledge the Court's statement that no further extensions of the discovery deadlines would be granted absent good cause, ECF No. 27, the parties nevertheless make this request because they agree that engaging in settlement negotiations before the commencement of expert discovery could assist in resolving this case without the significant expense of such discovery. We therefore request that the current expert discovery deadline be stayed while the parties pursue formal settlement discussions.

The parties further request that the settlement conference be scheduled no earlier than 45 days from today's date so that counsel for Defendant may obtain the necessary authorizations to engage in settlement discussions on behalf of the government. The parties propose to submit a status letter to the Court after a settlement conference is held, to update the Court on the status of settlement discussions, and, if necessary, seek a new expert discovery deadline.

We thank the Court for its consideration of this request.

Respectfully,

*/s/ Stephanie Panousieris*
Stephanie Panousieris

Good cause having been shown, the parties' application (ECF No. 28) is GRANTED. By separate order to be entered today, the Court will refer the parties to Magistrate Judge Aaron for settlement. By August 31, the parties shall contact Magistrate Judge Aaron's chambers to schedule a settlement conference for October 12, 2023, or as soon thereafter as possible. By no later than five days after any settlement conference, the parties shall file a joint status letter.

SO ORDERED.
*Jennifer H. Rearden*
August 28, 2023